**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NATALIYA ONGARO | : | No. 111 MAL 2023 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| RENEE SOUILLARD AND KENNETH HARDEE | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF:  RENEE SOUILLARD | : | |

## ORDER

**PER CURIAM**

AND NOW, this 9th day of August, 2023, the Petition for Allowance of Appeal is DENIED.